# UNITED STATES BANKRUPTCY COURT

Southern District Of Florida

In re Pinnacle Mineral Corporation,
Debtor

Case No. 15-22098-AJC

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claims who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Golden Phoenix Minerals, Inc. 7770 Duneville Street #11 Las Vegas, Nevada 89139 | Joaquin J. Alemany, Esq. Holland & Knight LLP 701 Brickell Ave. #3300 Miami, Florida 33131 305-374-8500 | Arbitration Claim | Contingent | $573,469.00 |
| Siskiyou County Planning Commission 806 South Main St. Yreka, CA 96097 | Siskiyou County Planning Commission 806 South Main St. Yreka, CA 96097 | Mandated property reclamation plan | Contingent | $50,000.00 |
| North Coast Regional Water Quality Control Board 5550 Skylane Blvd. Ste A Santa Rosa, California 95403-1072 | North Coast Regional Water Quality Control Board 5550 Skylane Blvd. Ste A Santa Rosa, California 95403-1072 | Mandated property reclamation plan | Contingent | $50,000.00 |

Date: 7/13/15

_____
Debtor

*[Declaration as in Form 2]*